**Coblentz**
**Patch Duffy**
**& Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Julia D. Greer
D 415.772.5784
jgreer@coblentzlaw.com

May 10, 2018

**VIA MESSENGER**

Attn: Sandy Nunes
Clerk of Court
U.S. District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Dear Ms. Nunes:

We represent the Recording Industry Association of America and its member companies ("RIAA member companies").  As noted in my telephone conversation with you today, we seek to obtain a subpoena issued by the Clerk of this Court pursuant to 17 U.S.C. § 512(h), in order to identify an alleged copyright infringer.

Pursuant to 17 U.S.C. § 512(h), a copyright owner or its agent may obtain a subpoena ("DMCA subpoena") from the Clerk of any United States District Court for the purpose of seeking the identity of an alleged copyright infringer.  Section 512(h)(4) provides that "the clerk shall expeditiously issue and sign the proposed subpoena" upon presentation of three documents in proper form:  1) a DMCA notice of copyright infringement, § 512(h)(2)(A); 2) a proposed subpoena, § 512(h)(2)(B); and 3) a sworn declaration meeting the requirements of § 512(h)(2)(C).  I enclose those documents herewith.

If you have any questions, please do not hesitate to call me at (415) 772-5784.

Very truly yours,

*Julia D. Greer*

Julia D. Greer

JDG:cyf

Attachments

10223.002 4837-7919-5493.1 09204.012.0007.a