1  JEFFREY G. KNOWLES (State Bar No. 129754)
   JULIA D. GREER (State Bar No. 200479)
2  COBLENTZ PATCH DUFFY & BASS LLP
   One Montgomery Street, Suite 3000
3  San Francisco, CA  94104-5500
   Telephone:  415.391.4800
4  Facsimile:  415.989.1663
   Email:   ef-jgk@cpdb.com
5            ef-jdg@cpdb.com

6
   Attorneys for Plaintiff
7  RECORDING INDUSTRY ASSOCIATION OF
   AMERICA, INC.
8

9

**FILED**

MAY 1 1 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10            UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12

**CV 18 80 079 MISC**  DMR

| | |
|---|---|
| 13  RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC., | Case No. |
| 14 | |
| Plaintiff, | **DECLARATION OF MARK McDEVITT** |
| 15 | |
| v. | IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. §512(h) |
| 16  TWITTER, INC., | |
| 17 | |
| Defendant. | |
| 18 | |

19

20  I, Mark McDevitt, the undersigned, declare that:

21        1.        I am a Vice President, Online Anti-Piracy for the Recording Industry Association

22  of America, Inc. (RIAA).  The RIAA is a trade association whose member companies create,

23  manufacture or distribute sound recordings.  The RIAA is authorized to act on its member

24  companies' behalf on matters involving the infringement of their copyrighted video and sound

25  recordings.

26        2.        The RIAA is requesting the attached proposed subpoena that would order Twitter

27  Inc. to disclose the identity, including name, physical address, e-mail address and IP address, of

28  the user operating at the following website:

09995.001 4843-7550-7557.1                          1
                    **DECLARATION OF MARK McDEVITT**

1  https://twitter.com/TheStandom/status/991228749663252480

2         3.      The purpose for which this subpoena is sought is to obtain the identity of the

3  individual assigned to this domain who has reproduced and has offered for distribution our

4  members' copyrighted sound recordings without their authorization.  This information will only be

5  used for the purposes of protecting the rights granted to our members, the sound recording

6  copyright owner, under Title II of the Digital Millennium Copyright Act.

7         I declare under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct to the best of my knowledge, information or belief.

9

10  Executed at Washington, District of Columbia, on May 10, 2018.

11

12

13  _____

    Mark McDevitt

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

09995.001 4843-7550-7557.1                              2

**DECLARATION OF MARK McDEVITT**

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800  •  Fax 415.989.1663